UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | No. 18CR3433-JAH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Hon. John A. Houston |
| v. | ) | Courtroom 13B |
| | ) | |
| | ) | ORDER |
| DANIEL GOMEZ-ALBANEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant DANIEL GOMEZ-ALBANEZ and the United States of America and jointly move to continue the motion hearing/trial setting set for February 4, 2019. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued to February 25, 2019 at 10:30 a.m.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until February 25, 2019, shall be excluded in computing the time

1

within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D) and 3161(h)(7).

    IT IS SO ORDERED.

DATED: January 29, 2019

HON. JOHN A. HOUSTON
United States District Judge